UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ANGELA WILSON  CASE NO: 20-32177-WRS
720 RYAN STREET
MONTGOMERY, AL 36107

Debtor.

## INCOME WITHHOLDING ORDER

TO: CULINARY MANAGEMENT SOLUTION
ATTN PAYROLL
5345 ATLANTA HWY
MONTGOMERY, AL 36109

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that CULINARY MANAGEMENT SOLUTION withhold from the wages, earnings, or other income of this debtor the sum of **$86.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
20-32177-WRS ANGELA WILSON
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, October 22, 2020.

cc: Debtor  */ s / William R. Sawyer*
    Debtor's Attorney  William R. Sawyer
       United States Bankruptcy Judge