UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                  Case No. 20-32177-CLH
                                                                       Chapter 13

ANGELA WILSON,

      Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 33) under 11 U.S.C. § 1307, asserting a material default in payments under the confirmed Chapter 13 plan. A hearing was held on January 26, 2023, at which time Debtor requested additional time to consider the conversion of this case to one under Chapter 7. Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

ORDERED that this bankruptcy case is DISMISSED effective **February 9, 2023**, unless Debtor converts the case to a case under Chapter 7 on or before the effective date.

Done this 27th day of January, 2023.

                                                          Christopher L. Hawkins
                                                         United States Bankruptcy Judge

c:      Debtor
       Michael Brock, Attorney for Debtor
       Sabrina L. McKinney, Trustee
       All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*